**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Michael Busciacco** | Social Security number or ITIN **xxx–xx–8494** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court **District of New Jersey**

Case number: **16–26638–CMG**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Michael Busciacco

12/5/16                                                          **By the court:**   Christine M. Gravelle
                                                                                     United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                    **Order of Discharge**                                    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Michael Busciacco  
    Debtor

Case No. 16-26638-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                    Page 1 of 1                    Date Rcvd: Dec 05, 2016
                          Form ID: 318              Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2016.
```
db             +Michael Busciacco,    1735 Bridgeboro Road,     Beverly, NJ 08010-2211
516365674       Bank of America,    c/o Mullooly Jeffrey Rooney & Flyn,     P.O. Box 9036,
                 Syosset, NY 11791-9036
516365677       CitiBank, NA,    c/o EIS Collections,     P.O. Box 1730,    Reynoldsburg, OH 43068-8730
516365678      +Comenity Capital Bank - Newegg,      P.O. Box 5138,    Lutherville Timonium, MD 21094-5138
516365679      +Comenity Capital Bank - PayPal Credit,      P.O. Box 5138,    Lutherville Timonium, MD 21094-5138
516365680      +Commonwealth of Pennsylvania,     Office of UC Benefits,     Claimant Services,    P.O. Box 67503,
                 Harrisburg, PA 17106-7503
516365681       First National Bank of Omaha,     Platinum Edition Visa,     PO BOX 3696,    Omaha, NE 68103-0696
516365683       Larchmont Medical Imaging,     c/o Apex Asset Management,      2501 Oregon Pike, Suite 102,
                 Lancaster, PA 17601-4890
516365684      +Louise Busciacco,    275 Green Street, Apt 5J4,      Edgewater Park, NJ 08010-2410
516365685      +M&T Bank,    c/o KML Law Group,     Suite 5000 - BNY Independence Center,      701 Market Street,
                 Philadelphia, PA 19106-1538
516365688       PP&L,    c/o Penn Credit Corporation,     916 S. 14th Street,     P.O. Box 988,
                 Harrisburg, PA 17108-0988
516365687      +Paupacken Lake Association,     128 Sheridan Road,     Hawley, PA 18428-8251
516365690       Union Plus Credit Card/Capital One,      P.O. Box 71104,     Charlotte, NC 28272-1104
516365692      +Wayne County Tax Claim Bureau,     925 Court Street,     Honesdale, PA 18431-1994
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 05 2016 23:18:03      U.S. Attorney,     970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,     Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 05 2016 23:17:57       United States Trustee,
                 Office of the United States Trustee,     1085 Raymond Blvd.,     One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516365675       EDI: CHASE.COM Dec 05 2016 23:04:00       Chase - Amazon,     P.O. Box 15298,
                 Wilmington, DE 19850-5298
516365676       EDI: CITICORP.COM Dec 05 2016 23:04:00       Citi Cards,    PO BOX 6004,
                 Sioux Falls, SD 57117-6004
516365682       EDI: IRS.COM Dec 05 2016 23:04:00       Internal Revenue Service,
                 Centralized Insolvency Operation,      P.O. Box 7346,    Philadelphia, PA 19101-7346
516365686       E-mail/Text: camanagement@mtb.com Dec 05 2016 23:17:42       M&T Bank,     P.O. Box 1288,
                 Buffalo, NY 14240-1288
516365689       EDI: RMSC.COM Dec 05 2016 23:04:00       Synchrony Bank - Bankruptcy JC Penney,     P.O. Box 965060,
                 Orlando, FL 32896-5060
516365691       E-mail/Text: vci.bkcy@vwcredit.com Dec 05 2016 23:18:10       Volkswagen Credit,
                 Bankruptcy Department,     P.O. Box 3,    Hillsboro, OR 97123-0003
                                                                                                TOTAL: 8
```
      ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2016                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2016 at the address(es) listed below:
```
              Barry Frost     trustee@teichgroh.com, NJ94@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Robert J. Campbell    on behalf of Debtor Michael  Busciacco robertcampbell2@comcast.net,
               robertcampbell@comcast.net
                                                                                             TOTAL: 3
```