UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Michael Busciacco,

Case No.: 16-26638
Chapter: 7
Judge: CMG

## NOTICE OF PROPOSED ABANDONMENT

On 12/9/16, Barry W. Frost, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: Clarkson S. Fisher U.S. Courthouse - 402 East State Street - Trenton, New Jersey, 08608

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle on January 10, 2017 at 10 a.m. at the United States Bankruptcy Court, Courtroom no. 3. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 20 Happy Harry's Court, f/k/a 649 Happy Harry's Court, Hawley, PA - $80,000

Liens on property: $120,000

Amount of equity claimed as exempt: $0

Objections must be served on, and requests for additional information directed to:

Name: Barry W. Frost
Address: 3131 Princeton Pike, Building 5, Suite 110, Lawrenceville, NJ 08648
Telephone No.: 609-890-1500

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                       Case No. 16-26638-CMG
Michael Busciacco                                                            Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Dec 09, 2016
                              Form ID: pdf905          Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 11, 2016.
db              +Michael Busciacco,    1735 Bridgeboro Road,    Beverly, NJ 08010-2211
516365674        Bank of America,    c/o Mullooly Jeffrey Rooney & Flyn,    P.O. Box 9036,
                  Syosset, NY 11791-9036
516365675        Chase - Amazon,    P.O. Box 15298,    Wilmington, DE 19850-5298
516365676        Citi Cards,    PO BOX 6004,    Sioux Falls, SD 57117-6004
516365677        CitiBank, NA,    c/o EIS Collections,    P.O. Box 1730,    Reynoldsburg, OH 43068-8730
516365678       +Comenity Capital Bank - Newegg,    P.O. Box 5138,    Lutherville Timonium, MD 21094-5138
516365679       +Comenity Capital Bank - PayPal Credit,    P.O. Box 5138,    Lutherville Timonium, MD 21094-5138
516365680       +Commonwealth of Pennsylvania,    Office of UC Benefits,    Claimant Services,    P.O. Box 67503,
                  Harrisburg, PA 17106-7503
516365681        First National Bank of Omaha,    Platinum Edition Visa,    PO BOX 3696,    Omaha, NE 68103-0696
516365683        Larchmont Medical Imaging,    c/o Apex Asset Management,    2501 Oregon Pike, Suite 102,
                  Lancaster, PA 17601-4890
516365684       +Louise Busciacco,    275 Green Street, Apt 5J4,    Edgewater Park, NJ 08010-2410
516365685       +M&T Bank,    c/o KML Law Group,    Suite 5000 - BNY Independence Center,    701 Market Street,
                  Philadelphia, PA 19106-1538
516365688        PP&L,    c/o Penn Credit Corporation,    916 S. 14th Street,    P.O. Box 988,
                  Harrisburg, PA 17108-0988
516365687       +Paupacken Lake Association,    128 Sheridan Road,    Hawley, PA 18428-8251
516365690        Union Plus Credit Card/Capital One,    P.O. Box 71104,    Charlotte, NC 28272-1104
516365692       +Wayne County Tax Claim Bureau,    925 Court Street,    Honesdale, PA 18431-1994

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Dec 09 2016 22:57:00      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 09 2016 22:56:56      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
516365682        E-mail/Text: cio.bncmail@irs.gov Dec 09 2016 22:56:30      Internal Revenue Service,
                  Centralized Insolvency Operation,    P.O. Box 7346,    Philadelphia, PA 19101-7346
516365686        E-mail/Text: camanagement@mtb.com Dec 09 2016 22:56:43      M&T Bank,    P.O. Box 1288,
                  Buffalo, NY 14240-1288
516365689        E-mail/PDF: gecsedi@recoverycorp.com Dec 09 2016 22:52:57
                  Synchrony Bank - Bankruptcy JC Penney,    P.O. Box 965060,    Orlando, FL 32896-5060
516365691        E-mail/Text: vci.bkcy@vwcredit.com Dec 09 2016 22:57:07      Volkswagen Credit,
                  Bankruptcy Department,    P.O. Box 3,    Hillsboro, OR 97123-0003
                                                                                                TOTAL: 6

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2016                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 9, 2016 at the address(es) listed below:
              Barry Frost     trustee@teichgroh.com, NJ94@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Robert J. Campbell     on behalf of Debtor Michael  Busciacco robertcampbell2@comcast.net,
               robertcampbell@comcast.net
                                                                                             TOTAL: 3